# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DON CONRAD,

        Plaintiff,

       v.                          Case No. 05-C-710

CITY of GREEN BAY,

        Defendant.

## ORDER FOR DISMISSAL
## WITHOUT PREJUDICE AND WITHOUT COSTS

Upon the foregoing Stipulation and upon all of the papers, pleadings and proceedings in this action,

**IT IS HEREBY ORDERED** that this action may be, and it hereby is, dismissed without prejudice and without costs.

        Dated this   26th   day of January, 2006.

                                By the Court:

                                s/ William C. Griesbach
                                William C. Griesbach
                                United States District Judge